

# NUMBER 13-24-00353-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

PHILLY SEAFOOD COMPANY,
GARCIA QUALITY SEAFOOD, INC.,
GARCIA ENTERPRISES, INC., AND
QUALITY SEAFOOD,                                                    Appellants,

v.

MODESTO SANCHEZ-MUNIZ,                                             Appellee.

## ON APPEAL FROM THE 130TH DISTRICT COURT
## OF MATAGORDA COUNTY, TEXAS

## MEMORANDUM OPINION

Before Justices Silva, Peña, and Fonseca
Memorandum Opinion by Justice Silva

Appellants Philly Seafood Company, Garcia Quality Seafood, Inc., Garcia Enterprises, Inc., and Quality Seafood filed a notice of appeal from an interlocutory order on May 29, 2024 in trial court cause number 23-F-0159.

On January 31, 2025, we abated the case and referred the parties to mediation.

On May 2, 2025, appellant notified the Court that the parties had reached a settlement agreement.

On May 15, 2025, appellant filed a "Notice of Dismissal of Appeal." The appellant requested that this appeal be dismissed.

The Court, having considered appellant's motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1). Therefore, appellant's motion to dismiss appeal is granted, and the appeal is hereby dismissed.

In accordance with the motion, costs are taxed against the party incurring same. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

CLARISSA SILVA
Justice

Delivered and filed on the
22nd day of May, 2025.